**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL A. PEREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MacDONALD, Warden, et al.,<br><br>　　　　Respondents.<br>_____ | NO. ED CV 15-1884-CAS(E)<br><br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

　　　　DATED: February 18, 2016.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE